**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

IN RE:

HUGH P. BAYNE
KRISTI LEE BAYNE,

CASE NO. 11-38214-RBR
CHAPTER 7

_____ Debtors _____/

### TRUSTEE'S NOTICE OF SALE

> **DATE OF SALE:**
>
> **Thursday, December 29, 2011 at 3:00 p.m.**

**TO:   ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.**

The Trustee, **CHAD S. PAIVA** ("Trustee"), files this Notice of Sale regarding assets of the above referenced bankruptcy estate to wit: the Trustee's right, title, and interest in assets over allowed exemptions consisting of: bank accounts, household goods and furnishings, jewelry, a 2011 Nissan Armada and other personal property of the Debtors. The Trustee is selling his right title and interest in said assets to the debtors, Hugh and Kristin Bayne, for $13,000.00 which has already been tendered to the Trustee.

**TERMS AND CONDITIONS OF THE SALE ARE AS FOLLOWS:**

A.   **PAYMENT METHOD:** If applicable, payment must be made at the close of bidding in the form of a cashier's check, payable to Chad S. Paiva, Trustee, unless you have been pre-approved for writing a check by the Trustee.

B.   **LOCATION OF SALE:** The sale will be conducted at the office of the Trustee located at 250 S. Australian Avenue, Suite 700, West Palm Beach, Florida 33401.

C.   **PREVIEW TIME AND LOCATION:** Contact the Trustee's office at trustee@gmlaw.com for details.

D.   **CONDITION OF ASSETS:** Every effort has been made to provide as complete and accurate description as possible. The Trustee's office makes no representations as to the condition of any asset being sold. Everything is sold in **"as-is,"**

**"where-is"** condition, without any warranty, representation or guarantee, and subject to all liens and encumbrances.

E.    **DOCUMENTATION PROVIDED AT CLOSE OF SALE**: A Report of Sale will be filed with the Court once payment has been provided.  Payment is due within two (2) calendar days.  All property must be removed within two (2) calendar days of the sale.

F.    **FLORIDA STATE SALES TAX**: If applicable, the Trustee **is required** by the State of Florida to collect sales tax at a rate of 6.5% on all sales of personal property.  If you wish to request tax exempt status on sales, you are required to provide an Annual Resale Certificate to the Trustee.  The Certificate **must include** the name and address of the purchaser, the effective date and number of the dealer's Certificate of Registration, and the dealer's signature.  The Bill of Sale in tax exempt sales will contain the name of the business or person holding the sales tax certificate.  IF YOU HAVE NOT COMPLIED WITH THIS REQUIREMENT AT THE TIME OF THE SALE, SALES TAX WILL BE COLLECTED.

**ALL SALES ARE SUBJECT TO CONFIRMATION BY THE TRUSTEE.**

Any creditor or interested party may file a written objection, if any, with the Clerk, United States Bankruptcy Court, located at 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida  33301, stating the basis for their objection, and must serve a copy on the Trustee prior to the sale date.

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(B), the proposed sale will be deemed approved without the necessity of a hearing or order if no objection to the sale is filed and served within 21 days from the date of service of this notice, or, at least 5 days prior to the date of the proposed sale.**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties enumerated on the attached service list and to those parties listed below via CM/ECF.

Dated:  December 7, 2011

By:  */S/ Chad S. Paiva, Trustee*
CHAD S. PAIVA, TRUSTEE
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401
Telephone:  (561) 227-2370
Facsimile:   (561) 653-3937
Email: trustee@gmlaw.com

Via CM/ECF:

- Chad Paiva, Trustee   trustee@gmlaw.com,
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Christian Olson, Esq., at chris@simonsonolson.com

7512115 v1

Label Matrix for local noticing
113C-0
Case 11-38214-RBR
Southern District of Florida
Fort Lauderdale
Wed Dec  7 14:29:38 EST 2011

City County Credit Union of Fort Lauderdale
Randy M. Bennis Esq
319 SE 14 St
Ft Lauderdale, FL 33316-1929

Nissan Motor Acceptance Corp
PO Box 660366
Dallas, TX 75266-0366

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Bac/fleet-bkcard
680 Blair Mill Road
Horsham, PA 19044-2223

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Baptist Outpatient Services
POB 025528
Miami, FL 33102-5528

Bk Of Amer
Po Box 17054
Wilmington, DE 19850-7054

Bmby/cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Bmw Financial Services
Attn: Bankruptcy Department
5550 Britton Parkway
Hilliard, OH 43026-7456

Capital One
POB 105474
Atlanta, GA 30348-5474

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH 43219-6009

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20507
Kansas City, MO 64195-0507

City County Credit Uni
634 Ne 3rd Avenue
Fort Lauderdale, FL 33304-2697

City County Credit Union
634 Ne 3rd Avenue
Fort Lauderdale, FL 33304-2697

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106-9184

First Usa Bank
800 Brooksedge Blvd
Westerville, OH 43081-2822

GEMB / HH Gregg
Attention:  Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

GEMB / Mervyns
Attention:  Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gemb/JC Penny
Attention:  Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gemb/rooms To Go
950 Forrer Blvd
Kettering, OH 45420-1469

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Kendall Credit and Business Service, Inc
POB 404665
Atlanta, GA 30384-4665

Lowes / HBGA /
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Memorial Healthcare System
2900 Corporate Way
Miramar, FL 33025-3925

Memorial Healthcare System
POB 864691
Orlando, FL 32886-0001

Miami Management, Inc
14275 SW 142 Ave
Miramar, FL 33027

Nelnet
Attn: Claims
Po Box 17460
Denver, CO 80217-0460

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266-0360

Nissan Motor Acceptance
Po Box 660360
Dallas, TX 75266-0360

Novastar Financial
Attention:  Customer Relations/Bankruptc
Po Box 163405
Fort Worth, TX 76161-3405

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

United Colelction Bureau, Inc
5620 Southwyck Blvd
Toledo, OH 43614-1501

Victoria's Secret
Po Box 182124
Columbus, OH 43218-2124

Volvo Finance Na
Po Box 542000
Omaha, NE 68154-8000

Weisfield Jewelers
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309-3680

Wfnnb/express
Po Box 182125
Columbus, OH 43218-2125

Chad S Paiva
250 S Australian Ave # 700
West Palm Beach, FL 33401-5007

Christian J. Olson Esq.
4901 NW 17 Way # 503
Fort Lauderdale, FL 33309-3774

Hugh P Bayne
9509 NW 53 Street
Sunrise, FL 33351-7700

Kristi Lee Bayne
9509 NW 53 Street
Sunrise, FL 33351-7700

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

Dell Financial Services
Attn: Bankruptcy Dept.
Po Box 81577
Austin, TX 78708

End of Label Matrix
Mailable recipients      46
Bypassed recipients       0
Total                    46