UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                                                          CASE NO. 11-38214-RBR
                                                                                      CHAPTER 7
HUGH P. BAYNE
KRISTI LEE BAYNE,

_____Debtors_____/

## TRUSTEE'S REPORT OF SALE

COMES NOW the Trustee, Chad S. Paiva, and files this Report of Sale as follows:

1.  The Trustee held a sale of an asset of the estate consisting of the non-exempt equity in bank accounts, household goods and furnishings, jewelry, a 2011 Nissan Armada and other personal property on December 29, 2011, pursuant to a Notice of Sale (DE#25) duly noticed to all creditors and interested parties on December 7, 2011.

2.  There were no objections to the sale.

3.  There were no bidders at the sale and no bids were made for the assets other than the initial bid made by the debtors as set forth in the Notice of Sale in the amount of $13,000.00.

4.  The Trustee believing the initial bid made by the debtors to be in the best interest of the creditors confirmed the sale to the Debtors.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties listed below via the manner stated.

Dated:  January 23, 2012

                                                    By: /S/ *Chad S. Paiva, Trustee*
                                                    CHAD S. PAIVA, TRUSTEE
                                                    250 S. Australian Ave., Suite 700
                                                    West Palm Beach, FL 33401
                                                    Telephone:  (561) 227-2370
                                                    Facsimile:   (561) 653-3937
                                                    Email: trustee@gmlaw.com

Via CM/ECF or Regular Mail:
- Chad Paiva, Trustee   trustee@gmlaw.com,
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Christian Olson, Esq., at chris@simonsonolson.com
- Hugh and Kristi Bayne, Debtors, 9509 NW 53rd Street, Sunrise, FL  33351