Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-38214 RBR | Trustee: | (290540) Chad S. Paiva |
|---|---|---|---|
| Case Name: | BAYNE, HUGH P | Filed (f) or Converted (c): | 10/11/11 (f) |
| | BAYNE, KRISTI LEE | §341(a) Meeting Date: | 11/15/11 |
| Period Ending: | 06/30/12 | Claims Bar Date: | 02/29/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential Homestead: Broward County Location: | 148,348.00 | 0.00 | DA | 0.00 | FA |
| 2 | City County Credit Union -- Checking -- 3299--90<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 25.07 | 25.00 | | 25.00 | FA |
| 3 | City County Credit Union -- Cd -- Account No.329<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 5.00 | 5.00 | | 5.00 | FA |
| 4 | City County Credit Union -- Checking -- Account<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 461.33 | 461.00 | | 461.00 | FA |
| 5 | City County Credit Union -- Savings -- Account N<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 130.27 | 130.00 | | 130.00 | FA |
| 6 | Bank Atlantic -- Savings -- Account No. 2625<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 60.72 | 60.00 | | 60.00 | FA |
| 7 | Bank Atlantic -- Checking -- Account No. 1497<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 1,269.20 | 1,764.00 | | 1,764.00 | FA |
| 8 | Household Furniture & Furnishings<br>    ADM. PER NOTICE OF SALE DATED 12/7/2011 | 2,085.00 | 85.00 | | 85.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-38214 RBR | Trustee: | (290540) Chad S. Paiva |
| Case Name: | BAYNE, HUGH P | Filed (f) or Converted (c): | 10/11/11 (f) |
| | BAYNE, KRISTI LEE | §341(a) Meeting Date: | 11/15/11 |
| Period Ending: | 06/30/12 | Claims Bar Date: | 02/29/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | ECF #25 | | | | | |
| 9 | Clothing<br>  ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 100.00 | 100.00 | | 100.00 | FA |
| 10 | Jewelry<br>  ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 590.00 | 590.00 | | 590.00 | FA |
| 11 | City Of Fort Lauderdale Term Life Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term Policy Through Broward County School Board | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | City Fort Lauderdale Police/Fire Fighter Pension | 48,076.33 | 0.00 | DA | 0.00 | FA |
| 14 | 401 (K) -- Ncl | 43,555.85 | 0.00 | DA | 0.00 | FA |
| 15 | Nationwide -- 457 -- Account No. 3001 | 53,528.94 | 0.00 | DA | 0.00 | FA |
| 16 | Paramedic/Emt License -No Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2011 Nissan Armada<br>  ADM. PER NOTICE OF SALE DATED 12/7/2011<br>ECF #25 | 29,515.00 | 9,780.00 | | 9,780.00 | FA |
| 18 | 2010 Mazda Cx-9 | 20,920.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1 Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | VOID SEE INT BELOW - Post-Petition Interest  (u) | 0.00 | 0.00 | | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-38214 RBR  
**Case Name:** BAYNE, HUGH P  
BAYNE, KRISTI LEE  
**Period Ending:** 06/30/12  

**Trustee:** (290540)  Chad S. Paiva  
**Filed (f) or Converted (c):** 10/11/11 (f)  
**§341(a) Meeting Date:** 11/15/11  
**Claims Bar Date:** 02/29/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 2011 Tax Refund (u) | 1,855.00 | 1,466.53 | | 1,466.53 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.65 | Unknown |
| 22 | **Assets** Totals (Excluding unknown values) | **$350,525.71** | **$14,466.53** | | **$14,471.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

   CBD:  2/29/2012 CLAIMS REVIEWED & OBJECTIONS IN PROCESS

   TAX RETURN STATUS:  NONE REQUIRED

   CASE STATUS: ALL MONIES COLLECTED - ONCE CLAIM OBJECTIONS COMPLETE TFR CAN BE FILED

**Initial Projected Date Of Final Report (TFR):** July 30, 2012          **Current Projected Date Of Final Report (TFR):** July 30, 2012

Printed: 07/19/2012 05:18 PM     V.13.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-38214 RBR | Trustee: | Chad S. Paiva (290540) |
|---|---|---|---|
| Case Name: | BAYNE, HUGH P | Bank Name: | Capital One Bank |
| | BAYNE, KRISTI LEE | Account: | ********07 - Money Market |
| Taxpayer ID #: | **-***1624 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 06/30/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/11 | | Ed and Jean Behl | Payment per ECF #25 dated 12/7/2011 - Excess Assets | | 13,000.00 | | 13,000.00 |
| | {10} | Ed and Jean Behl | Payment per ECF #25   590.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {17} | Ed and Jean Behl | Payment per ECF #25   9,780.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {5} | Ed and Jean Behl | Payment per ECF #25   130.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {4} | Ed and Jean Behl | Payment per ECF #25   461.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {3} | Ed and Jean Behl | Payment per ECF #25   5.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {2} | Ed and Jean Behl | Payment per ECF #25   25.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {7} | Ed and Jean Behl | Payment per ECF #25   1,764.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {6} | Ed and Jean Behl | Payment per ECF #25   60.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {8} | Ed and Jean Behl | Payment per ECF #25   85.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| | {9} | Ed and Jean Behl | Payment per ECF #25   100.00<br>dated 12/7/2011 | 1129-000 | | | 13,000.00 |
| 01/31/12 | Int | Capital One Bank | Interest Rate 0.080 | 1270-000 | 0.97 | | 13,000.97 |
| 02/29/12 | Int | Capital One Bank | Interest Rate 0.080 | 1270-000 | 0.82 | | 13,001.79 |
| 03/30/12 | Int | Capital One Bank | Interest Rate 0.080 | 1270-000 | 0.88 | | 13,002.67 |

Subtotals :   $13,002.67   $0.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-38214 RBR | Trustee: | Chad S. Paiva (290540) |
|---|---|---|---|
| Case Name: | BAYNE, HUGH P | Bank Name: | Capital One Bank |
| | BAYNE, KRISTI LEE | Account: | ********07 - Money Market |
| Taxpayer ID #: | **-***1624 | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 06/30/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/12 | Int | Capital One Bank | Interest Rate 0.080 | 1270-000 | 0.85 | | 13,003.52 |
| 05/31/12 | Int | Capital One Bank | Interest Earned | 1270-000 | 0.91 | | 13,004.43 |
| 06/13/12 | {21} | Kristi Bayne | 2011 Tax Refund | 1224-000 | 1,466.53 | | 14,470.96 |
| 06/13/12 | Int | Capital One | Interest Earned | 1270-000 | 1,467.66 | | 15,938.62 |
| 06/13/12 | Int | Capital One Bank | Reverse Interest Posting | 1270-000 | -1,467.66 | | 14,470.96 |
| 06/13/12 | Int | Capital One Bank | Interest Earned | 1270-000 | 0.22 | | 14,471.18 |
| 06/13/12 | | Capital One | Transfer to The Bank of New York Mellon | 9999-000 | | 14,471.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,471.18 | 14,471.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,471.18 | |
| | | | **Subtotal** | | 14,471.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,471.18** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2012 05:18 PM    V.13.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-38214 RBR | Trustee: | Chad S. Paiva (290540) |
|---|---|---|---|
| Case Name: | BAYNE, HUGH P | Bank Name: | The Bank of New York Mellon |
| | BAYNE, KRISTI LEE | Account: | 9200-******77-66 - Checking Account |
| Taxpayer ID #: | **-***1624 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 06/30/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/12 | | The Bank of New York Mellon | Transfer from Capital One | 9999-000 | 14,471.18 | | 14,471.18 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,446.18 |
| | | | **ACCOUNT TOTALS** | | 14,471.18 | 25.00 | $14,446.18 |
| | | | Less: Bank Transfers | | 14,471.18 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ********07** | 14,471.18 | 0.00 | 0.00 |
| **Checking # 9200-******77-66** | 0.00 | 25.00 | 14,446.18 |
| | $14,471.18 | $25.00 | $14,446.18 |

{} Asset reference(s)      Printed: 07/19/2012 05:18 PM     V.13.03